# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-9006-1
Owner:  Arnulfo Solis Jr. & Jennifer Munsell Solis
Acres:  4.244

**Being** a 4.244 acre tract (184,859 sq ft) parcel of land, more or less, being out of a called 11.200 acres, calculated as 11.259 acres in the Second tract, tract numbered 170, Porcion 93, Abstract 129, in Starr County, Texas conveyed to Arnulfo Solis Jr. & Jennifer Munsell Solis in document number 371717. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-04-2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence N 75°45'37" W a distance of 3228.22 feet to a found Aluminum cap stamped Fish & Wildlife RPLS 4303 TR 509A 1992 at the Northeast corner of the Arnulfo Solis Jr. & Jennifer Munsell Solis in document number 371717 and on the South line of the Minnie G Saenz tract, Volume 1467, Page 233, for the **Point of Commencement,** having the following coordinates: N=16623885.69, E=932821.19.

**Thence:** N 80°26'23" W along the North line of the Arnulfo Solis Jr. & Jennifer Munsell Solis in document number 371717 and on the South line of the Minnie G Saenz tract, Volume 1467, Page 233, a distance of 139.54 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9006-1=9009-4, for the **Point of Beginning,** having the following coordinates: N=16623908.86, E=932683.59, said point being on an existing barbed wire fence line and on the Eastern boundary of the parcel herein described.

**Thence:** S 10°34'13" W along said Eastern boundary, departing said property line, departing said fence line, crossing the center of an existing 10 foot wide dirt road at 420 feet, a distance of 440.34 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9006-1A for a Point on Line;

**Thence:** S 10°34'13" W along said Eastern boundary, to an existing barbed wire fence, a distance of 440.34 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9006-2=9011-1 for angle, said point being on the South line of the Arnulfo Solis Jr. & Jennifer Munsell Solis in document number 371717 and on the North line of the Ofilia Solis Tract 6, Volume 662, Page 358;

## SCHEDULE C (Cont.)

**Thence:** N 80°13'03" W departing said Eastern boundary, along said property line, along said fence line, a distance of 210.02 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9006-3=9011-4 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N 10°34'13" E along said Western boundary, departing said property line, departing said fence line, crossing the center of an existing 10 foot wide dirt road at 21 feet, a distance of 439.94 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9006-3A for a Point on Line;

**Thence:** N 10°34'13" E along said Western boundary, crossing the center of an existing 10 foot wide dirt road at 193 feet, to an existing barbed wire fence line, a distance of 439.94 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9006-4=9009-5 for angle, said point being on the North line of the Arnulfo Solis Jr. & Jennifer Munsell Solis in document number 371717 and on the South line of the Minnie G Saenz tract, Volume 1467, Page 233;

**Thence:** S 80°26'23" E departing said Western boundary, along said property line, along said fence line, a distance of 210.03 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description | Symbol | Description | Symbol | Description |
|---|---|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | | GAS LINE | |
| ◆ | SET MONUMENT | | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | EDGE OF RIPRAP |
| △ | CONTROL POINT | | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | | EDGE OF VEGETATING (TYPE NOTED) |
| | ACQUISITION BOUNDARY | | UNDERGROUND FIBER OPTIC LINE | X | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | PROPOSED ACQUISITION BOUNDARY (PF225) | CB | CATCH BASIN | S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| | EASEMENT LINE | | STORM GRATE | S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| X | PROPERTY LINE | | STORM SEWER VALVE | W/ | WITH |
| | PORTION LINE | | STORM MANHOLE | UNK. | UNKNOWN |
| | EXISTING WALL | | STORM SEWER | ALUM. | ALUMINUM |
| | LEVEE TOP BANK | CP | CULVERT | CONC. | CONCRETE |
| | LEVEE TOE | | HEADWALL AND WINGWALL | CULV. | CULVERT |
| | EDGE OF ROAD (TYPE NOTED) | | TOP OF DITCH | POC | POINT OF COMMENCEMENT |
| | GUARD RAIL | | BOTTOM OF DITCH | POB | POINT OF BEGINNING |
| | SAVE AND EXCEPT AREA | | EDGE OF WATER | PG. | PAGE |
| | EDGE OF SIDEWALK | | WATER PUMP | VOL. | VOLUME |
| | BUILDING OUTLINE (SEE LABEL) | | MONITORING WELL | MON | MONUMENT |
| X | FENCE (TYPE NOTED) | | WATER VALVE | FIP | FOUND IRON PIPE |
| | EDGE OF STRUCTURE (SEE LABEL) | | WATER METER | FIR | FOUND IRON ROD |
| | BRIDGE OUTLINE | | HYDRANT | CPS | COTTON PICKER SPINDLE |
| | OVERHEAD ELECTRICAL LINE | | WATER EXTINGUISHER/FAUCET/SPICKET | DIS | DISTURBED |
| | UNDERGROUND ELECTRICAL LINE | | WATER MANHOLE | 1STFR | 1 STORY FRAME HOUSE |
| | LIGHT POLE | | WATER LINE | 2STFR | 2 STORY FRAME HOUSE |
| ○ | UTILITY POLE | | LIFT STATION | 1STBR | 1 STORY BRICK HOUSE |
| | GUY END | | PUMP STATION | 2STBR | 2 STORY BRICK HOUSE |
| | GUY POLE | | SEWER CLEAN OUT | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | JUNCTION BOX | | SEWER MANHOLE | 2STCB | 2 STORY COMMERCIAL BUILDING |
| | ELECTRICAL MANHOLE | | SEWER WATER PUMP | 1STSB | 1 STORY STORE BUILDING |
| | ELECTRICAL METER | | SANITARY SEWER VAULT | 2STSB | 2 STORY STORE BUILDING |
| | ELECTRICAL PULL BOX | | SANITARY SEWER LINE | SHDWF | SHED WOOD FRAME |
| | TRANSMISSION TOWER | | GAS TANK | SHDBR | SHED BRICK |
| | SUBSTATION | | GAS VALVE | CLF | CHAIN LINK FENCE |
| | ELECTRICAL TRANSFORMER | | GAS METER | WF | WOODEN FENCE |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | GAS LINE MARKER | SBF | STONE OR BRICK FENCE |
| | | | GAS VAULT | BWF | BARBED WIRE FENCE |

**GENERAL SURVEYORS NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999728172 (E.G. GRID X 0.9999728172 = SURFACE)
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2019 (TICKET NO. 1971165544).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2019 (TICKET NO. 5921416616).

### PARCEL TABLE

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| P1 | RGV-RGC-9006-1=9009-4 | 16623908.86 | 932683.59 | | |
| L1 | | | | 440.34' | S10°34'13"W |
| P2 | RGV-RGC-9006-1A | 16623475.99 | 932602.81 | | |
| L2 | | | | 440.34' | S10°34'13"W |
| P3 | RGV-RGC-9006-2=9011-1 | 16623043.12 | 932522.03 | | |
| L3 | | | | 210.02' | N80°13'03"W |
| P4 | RGV-RGC-9006-3=9011-4 | 16623078.80 | 932315.07 | | |
| L4 | | | | 439.94' | N10°34'13"E |
| P5 | RGV-RGC-9006-3A | 16623511.27 | 932395.77 | | |
| L5 | | | | 439.94' | N10°34'13"E |
| P6 | RGV-RGC-9006-4=9009-5 | 16623943.74 | 932476.47 | | |
| L6 | | | | 210.03' | S80°26'23"E |

| SHEET NO. | METES & BOUNDS SURVEY | | | | |
|---|---|---|---|---|---|
| 6 OF 6 | ARNULFO SOLIS JR. & JENNIFER MUNSELL SOLIS TRACT NO. RGV-RGC-9006-1 STARR COUNTY          TEXAS | DRAWN BY: JP      11/19 CHECKED BY: WBG      11/19 SURVEY DATE: 5/19 PLOT DATE: 5/24 SHEET SIZE: ANSI-A | | | |

DRAWN BY: JP 11/19 / CHECKED BY: WBG 11/19 / SURVEY DATE: 5/19 / PLOT DATE: 5/24 / SHEET SIZE: ANSI-A

MARK DESCRIPTION DATE APPR.

BORDER WALL TASK ORDER: 003
CONTRACT NO. W912BF-15-D-0012





US Army Corps of Engineers

EMC, INC. PROJECT NO.: 19036

# SCHEDULE E

## SCHEDULE E

<u>ESTATE TAKEN</u>

Starr County, Texas

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of parcel of land identified as Second tract, tract numbered 170, Porción 93, Abstract 129, in Starr County, Texas as described in the General Warranty Deed recorded as Document No. 329431 in Volume 1476 Page 423, and Document No. 338583 in Volume 1521 Page 648, Deed of Records of Starr County Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is THIRTY-THREE THOUSAND, FIVE HUNDRED TWENTY DOLLARS AND NO/100 ($33,520.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Arnulfo Solis, Jr.**<br>██████████<br>San Antonio, TX ████<br><br>**Jennifer Munsell Solis**<br>██████████<br>San Antonio, TX ████ | Warranty Deed with Vendor's Lien, Document No. 2022-371717, recorded on September 26, 2022, in the Public Records of Starr County, Texas. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Property ID: 25392 |